# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCHUTJER BOGAR, LLC,** | : | Civil Action No. 1:12-CV-01446 |
| Plaintiff, | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **KINDRED NURSING CENTERS EAST, LLC,** | : | |
| | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 30th day of July, 2012, upon review of plaintiff's Ex Parte Motion for Remand and exhibits, the request for ex parte relief is DENIED and converted to a contested motion for remand. Defendant shall file an expedited brief in opposition on or before August 7, 2012. Plaintiff shall file a brief in reply on or before August 13, 2012.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge